IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY T. PEOPLES**　　　　　　　　　　　　　　　　　　　　　　PETITIONER
Reg #55912-509

v.　　　　　　　　　　No. 2:23-cv-199-DPM

**GARRETT, Warden,**
**FCI - Forrest City**　　　　　　　　　　　　　　　　　　　　　　RESPONDENT

ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Peoples's § 2241 petition, *Doc. 1*, will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 October 2023