IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY T. PEOPLES**  **PETITIONER**
Reg #55912-509

v.   No. 2:23-cv-199-DPM

**GARRETT, Warden,**
**FCI - Forrest City**  **RESPONDENT**

## JUDGMENT

Peoples's § 2241 petition is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 October 2023